WILLIAM J. JONES, ADMINISTRATOR OF THE ESTATE OF DAVID J. JONES, Sr., OR IN THE ALTERNATIVE, WILLIAM J. JONES, ADMINISTRATOR OF THE ESTATE OF LILLIAN A. JONES, PLAINTIFF-APPELLANT, v. NEW JERSEY MANUFACTURERS CASUALTY INSURANCE COMPANY, DEFENDANT-RESPONDENT.

Argued March 19, 1963—Decided April 1, 1963.

*Mr. Charles Weinstock* argued the cause for the appellant (*Mr. Carl J. Yagoda,* attorney).

*Mr. William T. McElroy* argued the cause for the respondent (*Messrs. Pindar, McElroy, Connell & Foley,* attorneys; *Mrs. Sonia Napolitano,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Lewis in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.